UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>SHIH-MING SHIUE and<br>I-HWA SHIUE | 05-CR-10021 NMG |

## NOTICE OF APPEARANCE

      Please enter the appearance of Joseph F. Savage, Jr. and Laura M. Stock of the law firm of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 570-1000, as attorneys for Defendant I-Hwa Shiue in the above-captioned case.

                                    Respectfully submitted,

                                    I-Hwa Shiue

                                    By ,

                                    /s/ Joseph F. Savage
                                    Joseph F. Savage, Jr. (BBO #443030)
                                    Laura M. Stock (BBO #652276)
                                    GOODWIN PROCTER LLP
                                    Exchange Place
                                    Boston, MA 02109-2881
                                    Tel: 617.570.1000
                                    Fax: 617.523.1231

Dated: March 3, 2005

-2-

**CERTIFICATE OF SERVICE**

   I, Laura M. Stock, hereby certify that, on March 3, 2005, I caused a true copy of the above document to served upon counsel listed below by First Class United States mail.

                     /s/ Laura M. Stock
                     Laura M. Stock

AUSA Heidi E. Brieger, Esq.
United States Attorney's Office
District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02110

Geoffrey E. Hobart, Esq.
Holland & Knight
10 St. James Avenue
Boston, MA 02116

LIBA/1484852.1