UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
            v.                   )    Criminal No. 05-10021-NMG
                                 )
SHIH-MING SHIUE and              )
I-HWA SHIUE,                     )
                                 )
            Defendants.          )

NOTICE OF APPEARANCE

I hereby give notice of my appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Heidi E. Brieger
     _____
     HEIDI E. BRIEGER
     Assistant U.S. Attorney
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3239