UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10021-NMG |
| | ) | |
| SHIH-MING SHIUE and | ) | |
| I-HWA SHIUE, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to Title 18, United States Code, Section 3161, and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the time from March 1, 2005 (the date of Judge Gorton's Referral), through and including May 24, 2005 (the date for the next status conference before Judge Gorton). The ends of justice are best served by this exclusion of time because the parties are negotiating plea agreements in this matter.

Accordingly, the parties respectfully request that their motion be allowed, and that the Court enter an Order of Excludable Delay, excluding from its calculation of the time within which the trial of this matter must commence the above the

above time period, as set forth in the accompanying proposed Order.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:    /s/ Heidi E. Brieger
        HEIDI E. BRIEGER
        Assistant U.S. Attorney


SHIH-MING SHIUE
By his attorney,

By:    /s/ Geoffrey Hobart
        GEOFFREY E. HOBART
        Counsel for Shih-Ming Shiue


I-HWA SHIUE
By her attorneys,

By:    /s/ Joseph Savage
        JOSEPH F. SAVAGE, JR.
        LAURA M. STOCK
        Counsel for I-Hwa Shiue

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
                          )
        v.                ) Criminal No. 05-10021-NMG
                          )
SHIH-MING SHIUE and       )
I-HWA SHIUE,              )
                          )
        Defendants.       )


ORDER OF EXCLUDABLE DELAY

In accordance with Title 18, United States Code, Section 3161, and Rule 112.2 of the Local Rules of the United States District Court, this Court hereby ORDERS that the following time be excluded from the calculation of the time within which the trial of this matter must commence:

The time from March 1, 2005, through and including May 24, 2005, which is the time set for the next status conference before Judge Gorton. The ends of justice are best served by this exclusion of time because this is the time period in light of the parties' ongoing plea negotiations.

SO ORDERED.


                                    _____
                                    MARIANNE B. BOWLER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: _____