

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

1/26/06

Mr. Michael W. Dobbins
Clerk of Court
United States District Court
219 Dearborn Street
Chicago, Ill 60604

Re: United States of America v. I-Hwa Shiue

 District of Massachusetts Case No : 05-CR-10021-002
 District of Illinois Case No : 03-CR-1107-2

Dear Sir:

Pursuant to Rule 20 (c) of the Federal Rules of Criminal Procedure returned to you are the papers in which this prosecution began. This matter should be restored to your docket. Enclosed are the following documents:

 Certified Copy of Docket Sheet

 Certified Copy of Indictment

which I hereby certify are originals filed in this Court in the above case. Please acknowledge receipt of the above documents on the enclosed copy of this letter.

           Sarah A. Thornton, Clerk

           By:_____
           Craig J. Nicewicz, Deputy Clerk