UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | )<br>)<br>) |  |
| v. | )<br>) | Criminal No. 05-10021-NMG |
| **SHIH MING SHIUE,**<br>    Defendant. | )<br>)<br>) |  |

**DEFENDANT SHIH MING SHIUE'S MOTION TO CONTINUE
HIS SELF-REPORT DATE (ASSENTED TO)**

The defendant Shih Ming Shiue, by and through his attorney, Geoffrey E. Hobart, respectfully moves to continue his self-report date from February 27, 2008 to March 12, 2008. As grounds for this motion, Mr. Shiue states as follows:

1.  On January 30, 2008, the Court conducted Mr. Shiue's sentencing hearing. At the conclusion of the hearing, the Court imposed a sentence of one year and one day and set a self-surrender date of February 27, 2008. When Mr. Shiue reported to the Marshal's office following the hearing, he was instructed to contact the Marshal's Service on February 20, 2008 to learn where he had been designated to serve his sentence.

2.  As instructed, Mr. Shiue contacted the Marshal's Service this morning. Mr. Shiue learned that his paperwork had been transmitted to the Bureau of Prisons ("BOP") on February 15, 2008 and that BOP had not yet completed the designation process for Mr. Shiue.

3.  In order to permit the BOP to complete the designation process for Mr. Shiue, Mr. Shiue respectfully requests that the Court continue his self-surrender date for a period of two-weeks from February 27, 2008 to March 12, 2008.

4.  The government has assented to the allowance of this motion.

2

WHEREFORE, Mr. Shiue respectfully requests that the Court continue his self-report date from February 27, 2008 to March 12, 2008.

                                                           Respectfully submitted,

                                                           SHIH MING SHIUE
                                                           Defendant

                             By:    /s/ *Geoffrey E. Hobart*
                                        Geoffrey E. Hobart
                                        BBO #547499
                                        COVINGTON & BURLING LLP
                                        1201 Pennsylvania Ave. N.W.
                                        Washington, D.C.  20004
                                        (202)662-5281
                                        ghobart@cov.com

Dated: February 20, 2008

**Certificate of Service**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 28, 2008.

                                              /s/ *Geoffrey E. Hobart*
                                              Geoffrey E. Hobart
                                              BBO No. 547499
                                              COVINGTON & BURLING LLP
                                              1201 Pennsylvania Ave. NW
                                              Washington, DC 20004
                                              (202)662-5281
                                              ghobart@cov.com

Dated: February 20, 2008